

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Montie Pitts,

Vs. No. 11-17-00345-CV

ARMC, L.P. d/b/a Abilene Regional
Medical Center,

* From the County Court at
Law No. 2 of Taylor County,
Trial Court No. 6362.

* January 11, 2018

* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Montie Pitts.